## AFFIDAVIT OF FBI SPECIAL AGENT CRAIG A. GRAHAM

I, Craig A. Graham, having been duly sworn according to law, depose and state as follows:

1.      I am a Special Agent with Federal Bureau of Investigation ("FBI"), and I am assigned to the Boston Field Office, Providence, RI.  I have been an FBI agent since 2010.  As part of my duties, I am authorized to investigate violations of the laws of the United States, including criminal violations relating to child exploitation, child pornography, coercion and enticement, and transportation of minors, including, but not limited to, violations of 18 U.S.C. §§ 2422 and 2252.  I have received training in the investigation of internet crimes, child exploitation, transportation of minors, and child sexual abuse, and have observed and reviewed examples of child pornography (as defined in 18 U.S.C. § 2256).  As a federal agent, I am authorized to investigate violations of laws of the United States and to execute warrants issued under the authority of the United States.

2.      This Affidavit is submitted in support of a criminal complaint and arrest warrant for Kyle Patrick Tormey ("TORMEY").  As detailed below, there is probable cause to believe that TORMEY committed the following offenses (collectively, the "SUBJECT OFFENSES"):

- on or around January 8, 2024, TORMEY, using a means of interstate or foreign commerce (namely the internet or a cellphone manufactured outside Rhode Island), knowingly enticed or attempted to entice a minor to engage in sexual activity for which any person can be charged with a crime or crimes, specifically sexual penetration with a minor, in violation of R.I. Gen. Laws § 11-37-6, all in violation of 18 U.S.C. § 2422(b) (child enticement).

1

- on or around January 8, 2024, TORMEY, using a means of interstate commerce (namely the internet or a cellphone manufactured outside Rhode Island), knowingly received child pornography, in violation of 18 U.S.C. § 2252(a)(2) (receipt of child pornography), and

- on or around April 15, 2024, TORMEY knowingly possessed child pornography, in violation of 18 U.S.C. § 2252(a)(4)(B) (possession of child pornography).

3. The statements in this Affidavit are made based upon my personal participation in this investigation, review of various documents, as well as information provided to me by other members of the FBI, as well as members of the West Warwick Police Department, Rhode Island, and other law enforcement officers, my own training and expertise as a criminal investigator, as well as the training and expertise of other criminal investigators involved with this investigation. I have set forth the facts that I believe establish probable cause to believe that TORMEY violated the aforementioned criminal statutes.

## STATEMENT OF PROBABLE CAUSE

*Report of Sexual Contact between Adult and Minor & Interviews*

4. On March 8, 2024, a resident of ▇▇▇▇▇▇ reported to the ▇▇▇ ▇▇▇ Police Department (hereinafter "▇▇PD") that her minor daughter had been sexually assaulted by an adult male on or around December 30, 2023. The minor was identified as a 14-year-old female born in 2009 (hereinafter "MINOR 1").

5. Law enforcement officers spoke with MINOR 1's mother, and MINOR 1 was interviewed by both a physician at the Aubin Center in Providence, and a Forensic Interviewer at the FBI Providence office. Officers learned from MINOR 1 that in or

2

around December of 2023, she communicated with an individual through the mobile application TikTok[1] and subsequently sent the individual multiple images of herself nude (in full or in part) and one video of herself nude (in full or in part) at the individual's request.  MINOR 1 specified that she sent those images and that video using a social media application.   MINOR 1 later identified the individual's TikTok account as having a display name of "tacobell999$$$" and a username of "@tacobell99948."  MINOR 1 advised that she communicated with the same individual on Instagram[2] and identified the individual's Instagram account as either "kwakle" or "kwaxle."

6.      I note based on my experience and training that the use of social media applications to transmit and/or receive image or video files involves the transmission of data over the Internet and/or interstate lines of communication and accordingly involves a means or facility of interstate commerce.

7.      MINOR 1 also disclosed to the interviewers that on or about December 30, 2023, she snuck out of her mother's house to meet the same individual in person and that he wanted to pay her $200 to let him perform oral sex on her.

8.      MINOR 1 described the individual she met as having long brown hair, a brown beard, and wearing glasses.  In her conversations with the individual in person

---

[1] TikTok is a social media application developed and owned by Chinese Internet company ByteDance.  TikTok is a short-form video hosting service which allows users to view and post short videos.  Users can also comment on videos and directly message other users.  The application uses the device's data plan or Wi-Fi to transmit and receive content.
[2] Instagram is a social media application developed and owned by Meta Platforms, Inc.  Instagram allows users to view and post images.  Users can also comment and directly message other users.  The application uses the device's data plan or Wi-Fi to transmit and receive content.

and online, he stated that he was from Newport, RI, was 29 years old, and was named "Pat." MINOR 1 stated that she may have initially told Pat that she was 16, but that she later communicated, and he understood that she was 14 years old.

9.     MINOR 1 described the vehicle Pat arrived in as a white van which had the rear seats removed. MINOR 1 stated that she first sat in the front passenger seat of the van while talking to Pat. They then moved to the back of the van, where Pat pulled up MINOR 1's sweatshirt and kissed her chest. Pat then pulled her sweatpants and underwear down, and his lips and tongue touched her vagina. Pat's penis and fingers also touched the inside of MINOR 1's vagina. At the end of the encounter, Pat gave MINOR 1 two hundred dollars.

*Extraction of Data from Minor 1's Cellphone*

10.     WWPD obtained consent to search MINOR 1's cellphone. An extraction of the phone's contents was performed, and the results of the extraction were reviewed by FBI Providence. MINOR 1's mother advised law enforcement that she had been in control of MINOR 1's phone since approximately February 9, 2024. Prior to that time, MINOR 1 had blocked @tacobell99948's account. MINOR 1's mother unblocked @tacobell99948 and communicated with the account through MINOR 1's TikTok account. MINOR 1's mother said that after she took control of Minor 1's phone she engaged in the communications to learn more about the user of @tacobell99948.

11.     A review of the MINOR 1's cellphone extraction for images identified multiple images of what appear to be MINOR 1 disrobed in a bedroom. While MINOR 1's face is not visible in the images, the female's body, skin tone, and hair depicted in

the images is consistent with that of MINOR 1's. The extraction also contained images of MINOR 1 clothed where her face is visible and they appear to be taken in the same bedroom as the images of MINOR 1 disrobed.

12.    A review of MINOR 1's cellphone extraction identified communications from February 21, 2024, to March 10, 2024, between MINOR 1's TikTok account (which at the time was being used by MINOR 1's mother) and TikTok account @tacobell99948. In the following communications @tacobell99948 communicated that he wanted to have sexual relations with MINOR 1:

| 02/22/2024 – 3:35pm | MINOR 1's account | still tryna link? |
| 02/22/2024 – 3:36pm | @tacobell99948 | Ya hbu<br>Thinkin bout u m |
| 02/22/2024 – 3:39pm | MINOR 1's account | Wat you thinkin about |
| 02/22/2024 – 3:39pm | @tacobell99948 | Smashin u |
| 02/22/2024 – 3:41pm | MINOR 1's account | tell me more |
| 02/22/2024 – 3:42pm | @tacobell99948 | Ur right lll bod<br>Wanna eat u out |
| 02/22/2024 – 3:39pm | MINOR 1's account | Wat you thinkin about |
| 02/22/2024 – 3:39pm | @tacobell99948 | Smashin u |
| 02/22/2024 – 3:41pm | MINOR 1's account | tell me more |
| 02/22/2024 – 3:42pm | @tacobell99948 | Ur right lll bod<br>Wanna eat u out<br>Taste u<br>Wanna smash u so bad m<br>U like? |

| | | lol u rly busy rn it ok |
| 03/08/2024 – 3:42pm | @tacobell99948 | [a link was sent which was no longer 6ccessible] |
| 03/10/2024 – 6:20pm | @tacobell99948 | Wanna link wid u |

*Social Media Accounts & Identification of TORMEY*

13.    A subpoena was issued to TikTok for account information related to the account @tacobell99948.  TikTok provided the following subscriber information:

Username: tacobell99948

Signup Device Info: iPhone15,4

Signup date 01/03/2024 05:25:13am (UTC)

Phone number: +14013740760

Email:  drewdrewdrew134@yahoo.com

TikTok also provided IP Session history, the most common IP addresses returned were 68.9.40.11, 68.9.40.92, and 98.175.157.68.

14.    Cox Communications was subpoenaed and provided subscriber information for the IP addresses.  68.9.40.11 and 68.9.40.92 returned to ███ T████, ██████████████████████████████████, Rhode Island ████.  (As described below, TORMEY's father is named "████ T████" and he resides that the ████████ address.)  98.175.157.68 returned to Vinyl Guru Record Shop at 154 Broadway, Newport, RI 02840, and Cox records further indicated a telephone number of 401-374-0760 and an email address of vinylgururecordshop@gmail.com.  (As described below, TORMEY owns the Vinyl Guru Record Shop, which is located at the Newport address.)

15.    MINOR 1's mother also provided law enforcement with a screen shot of the Instagram account "kwaxle."  MINOR 1's mother obtained the screen shot by navigating to the Instagram account using her own cellular telephone.  MINOR 1's mother found the kwaxle account based on MINOR 1's recollection of the account's name and MINOR 1 later identified the adult male depicted in the screen shot as Pat, the individual she had sexual relations with on or about December 30, 2023.

16.    WWPD was able to identify the individual depicted in the kwaxle account as TORMEY, who was born in 1984 and whose middle name is Patrick.  A search of law enforcement databases indicated that TORMEY's home address was ███████ ████, Newport, Rhode Island.  A comparison of TORMEY's driver's license photo indicated that TORMEY was the individual depicted on the kwaxle account.  The kwaxle account also displayed an image of TORMEY sitting in front of a door that was identified as the front door to ████████████, Newport, Rhode Island.  Below are images of the kwaxle account and TORMEY's driver's license photo:




17.    A subpoena was issued to Instagram for account information related to the account kwaxle.  Subscriber information for the account indicated a verified email address of kwaxledelic@gmail.com.  A subpoena was then issued to Google for account information related to kwaxledelic@gmail.com and the following subscriber information was returned:

Name: kyle bobyle

Recovery email: kylesantiques@gmail.com

18.    A subpoena issued to Google for account information related to kylesantiques@gmail.com returned the following subscriber information:

Name: kyle tormey

Recovery email: vinylgururecordshop@gmail.com

Recovery SMS: +4013740760

19.      Open-source searches indicated that TORMEY is an owner/operator of Vinyl Guru Record Shop located at 154 Broadway, Newport, RI 02840 and that telephone 401-374-0760 is associated with Vinyl Guru Record Shop on multiple websites.  The telephone number associated with Vinyl Guru Record Shop is the same number included in the subscriber information for TikTok account @tacobell99948, the same telephone number associated with Vinyl Guru Record Shop's IP address, and the same telephone number in the subscriber information for the recovery email address of the email used to create Instagram account kwaxle.

*Instagram Return*

20.      On April 4, 2024, a federal search warrant for the "kwaxle" Instagram account was obtained.  The return information did not include communications with MINOR 1's Instagram account prior to January 8, 2024, however the return did include conversations that occurred between January 8, 2024, and February 4, 2024, prior to MINOR 1's mother taking control of the account.

21.      In the Instagram return were the following communications between kwaxle and MINOR 1's account:

| 01/08/2024-5:40pm | kwaxle | Hi |
|---|---|---|
| 01/08/2024-5:42pm | MINOR 1's account | heyy |
| 01/08/2024-5:55pm | kwaxle | Ur so hot<br>:)<br>Send me a pic?<br>:)<br>U are so beautiful |

| 01/08/2024-6:10pm | MINOR 1's account | [MINOR 1 sent a series of four images, which were embedded in the text stream. These images are described in the paragraph immediately below. Based on what is set forth in that paragraph, I believe there is probable cause to believe that at least one of these images constitute child pornography.] |
| 01/08/2024-6:10pm | MINOR 1's account | these are old but like i can't rwally take new ones rn<br>thank you daddy |
| 01/08/2024-6:10pm | kwaxle | Ur making me so happy rn |
| 01/08/2024-6:11pm | MINOR 1's account | Thank you<br>I appreciate it<br>I wanna be good girl for you |
| 01/08/2024-6:11pm | kwaxle | U are such an amazing girl<br>The best<br>Ur such a good girl<br>Wanna make u happy |

22.    The four images embedded in the text stream above appear to be nude images of MINOR 1, however none of the images include MINOR 1's face. The first image depicts MINOR 1's nude left breast, arm, hair, and torso. She is kneeling on a bed and striped curtains are visible behind MINOR 1 that match the curtains of MINOR 1's bedroom in other images. The second image also depicts MINOR 1's nude left breast, arm, hair, and torso. The striped curtains can again be seen behind her. The third image depicts both of her nude breasts, torso, and vulva. MINOR 1 is kneeling on a bed along with blankets and a teddy bear. The fourth image depicts MINOR 1's bare back while laying on a bed. The same blanket as image three can be seen on the bed. With the exception of the fourth image, the other images all appear to be visually

similar to the nude images of MINOR 1 found on MINOR 1's phone extraction. All of the images appear to be taken for the purpose of invoking a sexual response in the viewer. Based on the above, I believe that there is probable cause to believe that at least one of the images described in this paragraph constitutes child pornography.

23.     In the Instagram return there were additional, subsequent communications between kwaxle and MINOR 1's account and in those communications there were three additional images sent to kwaxle from MINOR 1's account on January 8, 2024. The first image depicts MINOR 1's nude left breast, arm, and torso while she is kneeling on a bed and covering her right breast with her hand. The second image depicts MINOR 1's nude breasts, shoulder, and hair. MINOR 1 is wearing a gold necklace and the striped curtains can be seen behind her. The third image depicts MINOR 1 kneeling on the floor in front of a mirror. She is nude in the image and is holding her phone in front of her to take the picture. Her hair, breasts, torso, and vulva are exposed in the image. All three of the images appear to be visually similar to nude images of MINOR 1 found on MINOR 1's phone extraction. All of the images appear to be taken for the purpose of invoking a sexual response in the viewer. Based on the above, I believe that there is probable cause to believe that at least one of the images described in this paragraph constitutes child pornography.

24.     In those additional, subsequent communications the kwaxle account and MINOR 1 exchanged sexually explicit text messages where the kwaxle account described what he wanted to do to MINOR 1. Those messages sent by the kwaxle account on January 8, 2024, included "I want to feel ur insides raw As I thrust my hard

cock in ur pussy," "Calling you my good lil slut," "Telling you to call me daddy," "I'm chocking up so hard From the back," and "All u can see is the seat in front of you I'm moaning and gripping harder."

     25.    In those additional, subsequent communications, the kwaxle account and MINOR 1 made arrangements to meet in person the following day; and the kwaxle account referenced a cheerleading uniform, stating "The only thing if it were me is u would bring that cheer uniform" and then stating a short time later "It would be hot if u wore it or changed into it." In those additional, subsequent communications, kwaxle and MINOR 1 communicated about the details of meeting in person:

| 01/08/2024-9:52pm | MINOR 1's account | so like can you like go behind the school? |
|---|---|---|
| 01/08/2024-9:52pm | kwaxle | Maybe it might be better to not be on school |
| 01/08/2024-9:52pm | MINOR 1's account | so like kids walk down the hill to like go home and shi and i wanna walk down the hill with them<br>ik we won't be like on school tho<br>and you'd jus ge picking me up we don't nessicarily have to like do it there |
| 01/08/2024-9:53pm | kwaxle | Where do you go |
| 01/08/2024-9:53pm | MINOR 1's account | ill show you a map |
| 01/08/2024-9:53pm | kwaxle | We should meet off school and maybe me not pick u up<br>We can walk to the car or something<br>U sound excited<br>I'm excited |
| 01/08/2024-9:57pm | MINOR 1's account | yeahhhh<br>im exciteddd |

26.     After the above Instagram communications, MINOR 1 sent the kwaxle account three images, each of which appear to be screenshots from Google Maps. The first image depicted a circled location at the intersection of ███████████████ ████████ in ███████████, Rhode Island. The second image depicted the ███ ████████████████ building circled and an arrow following ███████████████ ████████████ to the circled location in the first image. The third image depicted the same circled location as image one with additional arrows along ████████████████ ████████████.

27.     Later in their Instagram communication, the kwaxle account and MINOR 1 had the following discussion regarding meeting after school and MINOR 1 being paid money:

| 01/08/2024-10:53pm | kwaxle | Ya it'll be fun |
|---|---|---|
| 01/08/2024-10:53pm | MINOR 1's account | oh like school gets out at 2:15 |
| 01/08/2024-10:53pm | kwaxle | It always is with you |
| 01/08/2024-10:53pm | MINOR 1's account | IT WILL BEEE |
| 01/08/2024-10:53pm | kwaxle | Ok I'll be there |
| 01/08/2024-10:53pm | MINOR 1's account | thank youuu |
| 01/08/2024-10:53pm | kwaxle | Thank you |
| 01/08/2024-10:53pm | MINOR 1's account | okay thank you handsomeee thank YOU |
| 01/08/2024-10:53pm | kwaxle | Thank you |

| 01/08/2024-10:53pm | MINOR 1's account | im soooooo excited |
| 01/08/2024-10:53pm | kwaxle | I'm too<br>Gn |
| 01/08/2024-10:55pm | MINOR 1's account | gnnnnn<br>hey uhm sorry to bring it up but like how much would we be doing it for this time?<br>$200-$300 |
| 01/08/2024-11:14pm | kwaxle | But I would be ok wid 1 every time if I just take care of you and we did it often<br>Cuz tomorrow all about you not about me :)<br>But I'll make u bust every week<br>U can decide tomorrow :) |
| 01/09/2024-7:46am UTC | MINOR 1's account | can we do like the thing i said this time but like if we do start doing to more often then I wanna go down but likr rn i don't know like how often we would be doing it<br>thank you<br>i'll like that |
| 01/09/2024-9:50am | kwaxle | Idk if I can do it today |
| 01/09/2024-10:07am | MINOR 1's account | you don't know if you can do what the money or just getting there? |
| 01/09/2024-10:08am | kwaxle | Just today I don't know if I can do it today |
| 01/09/2024-10:08am | MINOR 1's account | oh okay |

28.    On January 18, 2024, the kwaxle Instagram account again asked MINOR 1 to send him images stating "Send me bby," "Send again," and "Send me."  The kwaxle account also sent attachments to MINOR 1, but the search warrant return information did not appear to capture those attachments.  MINOR 1 responded to the kwaxle

14

account's requests by sending four images of herself wearing a ████████████

cheerleading uniform that appear to be taken in a public bathroom.  MINOR 1' is fully

clothed in the images and her face is visible.  Her uniform has the letters ████ on the

front, there are illustrated handwashing instructions next to the sink, and a backpack is

on the floor behind her.  No further communication with MINOR 1 was found in the

search warrant return information.

        29.     The return information for the kwaxle account also included

communications with a second account that may belong to a minor (hereinafter

"ACCOUNT 2").  At this time, the user of ACCOUNT 2 has not been identified.  The

kwaxle Instagram account communicated with ACCOUNT 2 from approximately

December 24, 2023 to February, 21, 2024.  In the communications, the kwaxle account

offers to send ACCOUNT 2 money in exchange for images and offers to "spoil" her.

The accounts then had the following conversation about age:

| 12/26/2023-3:32am | kwaxle | [sent an attachment which appeared to not be part of the search warrant return] |
| 12/26/2023-3:32am | ACCOUNT 2 | How old are u |
| 12/26/2023-3:33am | kwaxle | Almost 30 hbu |
| 12/26/2023-3:33am | ACCOUNT 2 | 16 |
| 12/26/2023-3:33am | kwaxle | Lol<br>Send me more of u :)<br>Ur so pretty |
| 12/26/2023-3:34am | ACCOUNT 2 | Thx |

30.    ACCOUNT 2 then sent multiple images depicting a person who is consistent in appearance with a teenage female between the ages of 15 and 17 years old and who was not MINOR 1.  (I note however that without identifying the account user, I cannot be certain of her age.)  The images were initially of the female's face and of the female standing in front of a mirror in her underwear.  The kwaxle account replied by stating "the full body one, That makes me happy" and "Send more pls."

31.    The kwaxle account later offered to pay ACCOUNT 2 forty dollars for "body pics" and stated "Jus wanna bust.  If u send me enough to do that I'll send ya some Venmo[3]."  ACCOUNT 2 eventually agreed to send images from her "camera roll" that didn't show her face in exchange for money.  ACCOUNT 2 then sent an image of a female's chest with her shirt pulled up exposing her breasts, an image of a female exposing her buttocks and anus, and an image of a female's nude buttocks.  The female's face could not be seen in any of the images.  From a review of the remaining conversation between the accounts it appeared that kwaxle never paid ACCOUNT 2 for the images.

*White Van*

32.    Department of Motor Vehicles records also indicated that a white 2011 Ford, Massachusetts registration 1HLB49, was registered to ████ Ta██ at a ████████, Massachusetts, address.  Law enforcement records described the 2011 Ford as a transit van.  Subpoenaed records from the Rhode Island Turnpike and Bridge Authority

---

[3] Venmo is mobile payment service which allows account holders to transfer funds to others via a mobile phone app.

indicated that 1HLB49 traveled Westbound over the Newport Bridge at approximately 6:55pm on December 30, 2023, and returned Eastbound over the Newport Bridge at approximately 12:11am on December 31, 2023.

*Search of TORMEY's Residence, Record Shop, and Person*

33.     On April 15, 2024, a federal search warrant was obtained for TORMEY's residence located at 19 Caleb Earl Street, Newport, Rhode Island, as well as the person of TORMEY, and the business of Vinyl Guru Record Shop located at 154 Broadway, Newport, Rhode Island.  Upon executing the warrants on April 17, 2024, TORMEY's white Ford Transit Van bearing Massachusetts registration 1HLB49 was observed parked immediately in front of ███████████████ and a federal search warrant was obtained for the van as well.  Law enforcement noted that the van had no rear seats.

34.     Multiple electronic devices were located during the searches, including an Apple iPhone 8 Plus located on the counter of the record store and an Apple iPhone 15 located on TORMEY's person.  The search of the record store also discovered a note which contained a passcode that opened both phones.  An on-scene review of the two iPhones was conducted by law enforcement and suspected child pornography was found on both devices.

35.     Within the iPhone 8's deleted photos folder were an image of MINOR 1 fully clothed in her cheerleading uniform.  The image was visually similar to one of the images that MINOR 1 sent the kwaxle account on January 18, 2024.

36.     Also found on the iPhone 8 were two videos depicting child pornography. The first video was approximately 33 seconds in length and depicted a minor

prepubescent female, consistent in appearance with a 10 to 13 year old, wearing a Snoopy shirt and no bottoms.  The girl is kneeling on the floor with her legs spread, exposing her vulva.  The second video was approximately 64 seconds in length and depicted a minor prepubescent female, consistent in appearance with a 10 to 13 years old, wearing a yellow shirt and blue shorts.  In the video the minor disrobed, inserted her finger into her vagina, and then inserted her finger into her mouth.  The minor then turned her back to the camera and exposed her anus and vulva.

*Cell Phone Extractions*

36.    Following the execution of the search warrants, an extraction of both the iPhone 8 and the iPhone 15 was performed.  The results of the extraction were then reviewed by FBI Providence.  Both phones had an Apple ID of kylesantiques@gmail.com.   The iPhone 8 hand a device name of "Kyle tormey's iphone," and the iPhone 15 had a device name of "Kyle's iPhone."

37.    The iPhone 8's extraction contained approximately 37 images of suspected child pornography.  Some of those images appeared to be of prepubescent females.  For example, one image file depicted a prepubescent female laying on a bed wearing only a grey shirt and holding a green phone.  The girl's legs are extended above her head displaying her vulva and anus.  The extraction also contained approximately ten videos of suspected child pornography, including the two videos described above that were found in the onsite review of the phone.

38.    The iPhone 15's extraction contained approximately five images of suspected child pornography and approximately three videos of suspected child

pornography.  The extraction also contained multiple, undated internet-searches for variations of "███████████████," as well as individual search of "where is underage prostitution legal," "what age do girls start masturbating," and "daddy dom little girl porn."  The extraction of the phone's web history indicated that on January 3, 2024, a google maps page for ████████████████ was visited.

39.     Additionally, text messages exchanged between TORMEY's iPhone 15 and MINOR 1's cell phone were recovered occurring between January 3, 2024, and January 4, 2024.  In the text messages TORMEY indicated that his TikTok account has been banned again.  TORMEY also attempted to meet MINOR 1 in the early morning hours of January 3, 2024.  TORMEY stated "I'll pull thru with the 2," which I believe is a reference to paying MINOR 1 $200.  After TORMEY indicates that he is on his way to meet with MINOR 1, she asks TORMEY "same spot as before?" and he replies "Ya." The following text messages were exchanged regarding MINOR 1 leaving her house:

| 01/03/2024-3:08am | MINOR 1 | i fs gotta be back by 4:40 tho like no joke cause that's when my parents might get up |
| 01/03/2024-3:08am | TORMEY | Ok<br>Got you |
| 01/03/2024-3:38am | MINOR 1 | hurry up i hear my parents moving we shoud've done this earlier this is so risky right now |

40.     Later the same day, TORMEY and MINOR 1 exchange the following text messages regarding MINOR 1 getting grounded and her use of the phone:

| 01/03/2024-2:39pm | MINOR 1 | Ur good lol but don't text me until I text you back<br>I'm grounded and my parents can't see our messages<br>So yeah<br>I'm giving my stuff to them now |
|---|---|---|
| 01/03/2024-2:39pm | TORMEY | Oh okay I won't text u unless u text me |
| 01/04/2024-12:47am | MINOR 1 | heyy i got my stuff back for now atleast |
| 01/04/2024-12:50am | TORMEY | Nice [smile face emoji] |

41.    TORMEY continued to communicate that he was unable to create a new TikTok account and that they should wait to meet until he was able to do so.  On January 4, 2024, at approximately 1:55pm TORMEY wrote "For now can u delete all the msgs on tt and here and delete this number? Pls? :)" and MINOR 1 replied "yeah that's what i've been doing lamo".

## CONCLUSION

42.     Based upon the foregoing, I believe there is probable cause to believe that
TORMEY enticed a child, received child pornography, and possessed child
pornography, respectively in violation of Sections 2422(b), 2252(a)(2), and 2252(a)(4)(B)
as specified in paragraph 2 above.

Craig A. Graham
Special Agent

_____
Craig A. Graham
Special Agent, Federal Bureau of Investigation

Attested to by the applicant in accordance with the requirements of Fed.
R. Crim. P.  4.1 by _____ **Telephone** _____.
                        (*specify reliable electronic means*)

April 25, 2024
_____            _____
*Date*                                      *Judge's signature*

**Providence RI**
_____            Lincoln D Almond USMJ
*City and State*                          *Printed name and title*

21